Case 1:07-cr-01205-JFK    Document 9    Filed 12/19/2007    Page 1 of 3



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA

       - v. -

MARIA ALTAGRACIA,

             Defendant.

- - - - - - - - - - - - - - - - - -x

INDICTMENT

07 Cr.

**07CRIM1205**

### COUNT ONE

The Grand Jury charges:

1. On or about September 20, 2007, in the Southern District of New York, MARIA ALTAGRACIA, the defendant, unlawfully, intentionally, and knowingly, did distribute and possess with intent to distribute a controlled substance, to wit, 5 kilograms and more of mixtures and substances containing a detectable amount of cocaine.

(Title 21, United States Code,
Sections 841(a)(1) & (b)(1)(A).)

### FORFEITURE ALLEGATION

2. As a result of committing the controlled substance offense alleged in Count One of this Indictment, MARIA ALTAGRACIA, the defendant, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged

in Count One of this Indictment.

<u>Substitute Asset Provision</u>

       3.  If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant --

       (1) cannot be located upon the exercise of due diligence;

       (2) has been transferred or sold to, or deposited with, a third person;

       (3) has been placed beyond the jurisdiction of the Court;

       (4) has been substantially diminished in value; or

       (5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 841(a)(1), 846 and 853.)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

MARIA ALTAGRACIA,

Defendant.

INDICTMENT

07 Cr.

(18 U.S.C. §§ 841(a)(1) & (b)(1)(A))

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

_Douglas Colley_ Foreperson.

12/19/07
Filed Ind.
Ellis J