

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

**MEMO ENDORSED**

December 26, 2007

Honorable John F. Keenan
United States District Court
Southern District of New York
500 Pearl Street, Suite 1930
New York, New York 10007

Re: **United States v. Maria Altagracia,
07 Cr. 1205 (JFK)**

Dear Judge Keenan:

The Government respectfully submits this letter to request that the Court exclude time under the Speedy Trial Act until the preliminary conference on January 2, 2008, in the above-referenced matter, which was recently assigned to Your Honor. Such an exclusion is warranted because, among other reasons, it will enable the parties to continue plea discussions and the defendant consents to such an exclusion.

```
   The application is granted.
Time is excluded under the Speedy
Trial Act until January 2, 2008.

SO ORDERED.
Dated:     New York, N.Y.
           December 27, 2007

              /s/ John F. Keenan
              ─────────────────
                  U.S.D.J.
```

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: /s/ John T. Zach
────────────────────
John T. Zach
Assistant United States Attorney
(212) 637-2410

Copy to:
David Segal, Esq.
(212) 571-0938
**BY FAX**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-27-07