UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

UNITED STATES OF AMERICA          :          ORDER PERMITTING A DNA TEST
                                             TO BE CONDUCTED AT THE
                                  :          METROPOLITAN CORRECTIONAL
                v.                           CENTER, NEW YORK, NEW YORK

                                  :

MARIA ALTAGRACIA,                 :          07 Cr. 1205 (JFK)

                Defendant.        :

------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-1-08
```

   **WHEREAS**, the above-named defendant, Maria Altagracia Rojas, Register Number

70364-054, is presently confined at the Metropolitan Correctional Center (the "MCC"), New

York, New York, under the supervision and control of the Warden and the Bureau of Prisons;

and

   **WHEREAS**, an application has been made by Fiona Doherty, Assistant Federal Defender

with the Federal Defenders of New York, for an order directing the MCC to permit a DNA test of

Ms. Rojas, it is hereby

   **ORDERED** that the Warden of the MCC or whosoever shall have the supervision and

control of Ms. Rojas, shall provide a suitable place for a DNA test to be conducted, such place to

consist of a private room, containing a table and chairs; and it is further

   **ORDERED** that Dr. Eddie Moukengeschaie, a doctor with IHC Medical Services, 640

East 24th Street, Brooklyn, New York 11210, be permitted to enter the MCC for the purposes of

conducting the DNA test on Monday, April 14, 2008 at 12 P.M. and on further occasions

thereafter; ~~and it is further~~ *so that the application is to be*

*made with notice to the Government (JHK).*

**ORDERED** that Dr. Moukengeschaie be allowed to bring with him into the MCC a DNA collection kit, which includes a packet of swabs, identification paperwork, fingerprint strips, and a Polaroid camera, for the purposes of conducting the DNA test; and it is further

**ORDERED** that Dr. Moukengeschaie be allowed to meet with Ms. Rojas without Ms. Rojas's attorney being present.

Dated: New York, New York
April _1_, 2008

SO ORDERED:

HONORABLE JOHN F. KEENAN
UNITED STATES DISTRICT JUDGE

2