USDSDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-14-08

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | ORDER PERMITTING A DNA TEST TO BE CONDUCTED AT THE METROPOLITAN CORRECTIONAL CENTER, NEW YORK, NEW YORK |
| v. | : | |
| MARIA ALTAGRACIA, | : | 07 Cr. 1205 (JFK) |
| Defendant. | : | |

-------------------------------------------------------X

**WHEREAS**, the above-named defendant, Maria Altagracia Rojas, Register Number 70364-054, is presently confined at the Metropolitan Correctional Center (the "MCC"), New York, New York, under the supervision and control of the Warden and the Bureau of Prisons; and

**WHEREAS**, an application has been made by Fiona Doherty, Assistant Federal Defender with the Federal Defenders of New York, for an order directing the MCC to permit a DNA test of Ms. Rojas, it is hereby

**ORDERED** that the Warden of the MCC or whosoever shall have the supervision and control of Ms. Rojas, shall provide a suitable place for a DNA test to be conducted, such place to consist of a private room, containing a table and chairs; and it is further

**ORDERED** that Abraham Weiss, a Specimen Collector with Dependable Evaluations, 1314 Avenue J, Brooklyn, New York 11230, be permitted to enter the MCC for the purposes of conducting the DNA test on Monday, April 28, 2008 at 10 A.M. and on further occasions thereafter; and it is further

**ORDERED** that Mr. Weiss be allowed to bring with him into the MCC a DNA collection kit, which includes a packet of swabs, identification paperwork, fingerprint strips, and a Polaroid camera, for the purposes of conducting the DNA test; and it is further

**ORDERED** that Mr. Weiss be allowed to meet with Ms. Rojas without Ms. Rojas's attorney being present.

Dated: New York, New York
April 14, 2008

SO ORDERED:

/s/ John F. Keenan
HONORABLE JOHN F. KEENAN
UNITED STATES DISTRICT JUDGE