# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
Executive Director

Southern District of New York
John J. Byrnes
Attorney-in-Charge

April 17, 2008

**BY HAND**

Honorable John F. Keenan
United States District Judge
Southern District of New York
500 Pearl Street, Room 1930
New York, New York 10007

Re:   **United States v. Maria Altagracia**
       07 Cr. 1205 (JKF)

**MEMO ENDORSED**

Dear Judge Keenan:

I write on behalf of my client, Maria Altagracia Rojas, to respectfully request a three-week adjournment of the upcoming conference in her case. The conference is currently scheduled for April 21, 2008 at 10 A.M. I am requesting the adjournment, because the parties need additional time to conduct plea negotiations in Ms. Rojas's case. I have conferred with Assistant United States Attorney John Zach, who consents to this request for an adjournment. There have been no previous requests for an adjournment of this conference.

The parties request an exclusion of time under the Speedy Trial Act until the next conference. The defense's need for additional time to continue negotiations with the Government serves the interests of justice and outweighs the needs of the defendant and the public in a speedy trial.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-21-08

Respectfully submitted,

Fiona Doherty
Fiona Doherty
Assistant Federal Defender
(212) 417-8734

cc:   John Zach, Esq.
      Assistant United States Attorney (by hand)

      Maria Altagracia
      MCC, Registration Number 70364-054 (by United States mail)

```
The conference is adjourned to May 12, 2008 at 9:45 a.m.  The
time is excluded.

SO ORDERED.
Dated: New York, New York
       April 21, 2008
```

John F. Keenan
U.S.D.J.