

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---



*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York, 10007*

June 17, 2008

JUN 18 2008

Honorable John F. Keenan
United States District Court
Southern District of New York
500 Pearl Street, Suite 1930
New York, New York 10007

Re:    **United States v. Maria Altagracia,**
**07 Cr. 1205 (JFK)**

Dear Judge Keenan:

        The Government respectfully submits this letter to request that the Court adjourn
the conference presently scheduled in the above-referenced matter for Thursday, June 19, at
10:15 a.m. for three weeks.  Counsel for Ms. Altagracia joins in this request as it will allow the
parties to continue to negotiate a disposition in this matter.  In addition, the parties request that
the Court exclude time under the Speedy Trial Act until the date of the rescheduled conference.
Such an exclusion is warranted because, among other reasons, it will enable the parties to
continue plea discussions and the defendant consents to such an exclusion.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6-18-208

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By:    _____
John T. Zach
Assistant United States Attorney
(212) 637-2410

*Application granted. The
matter is rescheduled for 10:30 am
July 10, 2008. Time is excluded.*

*So Ordered*

*June 18, 2008*

*John F Keenan*

*U.S. C.J.*

Copy to:
Fiona M. Doherty, Esq.
(212) 571-0392
**BY FAX**

The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial, because it will enable the parties to continue plea discussions. Accordingly, it is ORDERED that the time between the date of this Order and July 10, 2008 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(H) & (h)(8)(A), in the interests of justice.

Dated: New York, New York
       June 16, 2008

                                   HONORABLE JOHN F. KEENAN
                                   UNITED STATES DISTRICT JUDGE