

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

July 7, 2008



RECEIVED
JUL -8 2008
JUDGE KEENAN'S CHAMBERS

Honorable John F. Keenan
United States District Court
Southern District of New York
500 Pearl Street, Suite 1930
New York, New York 10007

      Re:    **United States v. Maria Altagracia**,
              07 Cr. 1205 (JFK)

Dear Judge Keenan:

      The Government respectfully submits this letter to request that the Court adjourn the conference presently scheduled in the above-referenced matter for Thursday, July 10, and schedule a plea for the week of August 4. Counsel for Ms. Altagracia joins in this request. The parties continue to negotiate a disposition in this matter and both sides anticipate that a disposition will be reached by the week of August 4.

      In addition, the parties request that the Court exclude time under the Speedy Trial Act until the date of the plea. Such an exclusion is warranted because, among other reasons, it will enable the parties to continue plea discussions and the defendant consents to such an exclusion.

*[Handwritten: The matter is adjourned until August 12, 2008 at 10:15 AM. Time is excluded. So ordered. John F. Keenan July 10, 2008 U.S.D.J.]*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
John T. Zach
Assistant United States Attorney
(212) 637-2410

Copy to:
Fiona M. Doherty, Esq.
(212) 571-0392
**BY FAX**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-10-08

The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial, because it will enable the parties to continue plea discussions. Accordingly, it is ORDERED that the time between the date of this Order and August __, 2008 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(H) & (h)(8)(A), in the interests of justice.

Dated: New York, New York
      July __, 2008

                                  HONORABLE JOHN F. KEENAN
                                  UNITED STATES DISTRICT JUDGE