

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*



*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 8, 2008  AUG 1 1 2008

**BY HAND**
Honorable John F. Keenan
United States District Court
Southern District of New York
500 Pearl Street, Suite 1930
New York, New York 10007

          Re:    <u>United States v. Maria Altagracia</u>,
                  07 Cr. 1205 (JFK)

Dear Judge Keenan:

      The Government respectfully submits this letter to request that the Court adjourn the conference presently scheduled in the above-referenced matter for Tuesday, August 12, until the week of August 25. The parties are finalizing plea discussions and require additional time. Counsel for Ms. Altagracia joins in this request.

      In addition, the parties request that the Court exclude time under the Speedy Trial Act until the date of the plea. Such an exclusion is warranted because, among other reasons, it will enable the parties to continue plea discussions and the defendant consents to such an exclusion.

*The matter is adjourned until*
*September 4, 2008 at 10 AM.*
*Time is excluded*
*So ordered  John F. Keenan*
*August 11, 2008  U.S.D.J.*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
John T. Zach
Assistant United States Attorney
(212) 637-2410

Copy to:
Fiona M. Doherty, Esq.
(212) 571-0392
**BY FAX**

8-11-08